1034

THE STATE OF WASHINGTON, *Respondent*, v. ALAN
DALE JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-07124-0, Sharon S. Armstrong, J., entered
May 31, 1991. *Affirmed* by unpublished opinion per Baker, J.,
concurred in by Pekelis, A.C.J., and Forrest, J.

THE STATE OF WASHINGTON, *Respondent*, v. ALEX
DANIEL BERNAL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-02933-2, Arthur E. Piehler, J., entered
November 19, 1990. *Affirmed* by unpublished opinion per
Baker, J., concurred in by Scholfield and Agid, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. SIMON
OFFORD III, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-8-02891-7, Maurice M. Epstein, J. Pro Tem.,
entered August 28, 1991. *Reversed* by unpublished opinion
per Pekelis, A.C.J., concurred in by Forrest and Baker, JJ.